UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:10-CV-133-BO

| | |
|---|---|
| Shajuana Clemons ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.** This action came before the Honorable Terrence W. Boyle, United States District Judge, for the consideration of the Parties' Cross Motions for Judgment on the Pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the ALl's finding and conclusions are supported by substantial evidence. The Government's Motion for Judgment on the Pleadings is GRANTED.

**This Judgment Filed and Entered on July 28, 2011, and Copies To:**

Meredith S. Hinton and Brian M. Ricci - (via CM/ECF electronic notification)

Royce B. Min - (via CM/ECF electronic notification)

July 28, 2011                    /s/ Dennis P. Iavarone,
                                       Clerk of Court